AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

EASTERN DISTRICT OF WISCONSIN

JOHNATHAN L. FRANKLIN,
a/k/a Jonathan L. Franklin,

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 06-C-752

WILLIAM POLLARD,

       Respondent.

---

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that this petition is summarily DISMISSED pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Approved:    s/ William C. Griesbach
                  WILLIAM C. GRIESBACH
                  United States District Judge

Dated: July 14, 2006.

                  SOFRON B. NEDILSKY
                  Clerk

                  s/ Mary E. Conard
                  (By) Deputy Clerk