# United States District Court

EASTERN DISTRICT OF WISCONSIN

JOHNATHAN L. FRANKLIN,
a/k/a Jonathan L. Franklin,

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 06-C-752

WILLIAM POLLARD,

       Respondent.

---

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

   **IT IS HEREBY ORDERED AND ADJUDGED** that this petition is summarily DISMISSED pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Approved:     s/ William C. Griesbach
                          WILLIAM C. GRIESBACH
                          United States District Judge

Dated: July 14, 2006.

                          SOFRON B. NEDILSKY
                          Clerk

                          s/ Mary E. Conard
                          (By) Deputy Clerk