# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOHNATHAN L FRANKLIN
a/k/a  Jonathan L Franklin,

        Plaintiff,

    v.                                              Case No. 06-C-752

WILLIAM POLLARD, Warden,

        Defendant.

**ORDER**

On July 12, 2006, Johnathan L. Franklin filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254, alleging that his state court conviction and sentence were imposed in violation of the constitution.  The petition was dismissed as untimely pursuant to 28 U.S.C. § 2244(d)(1).  Franklin has now sent a letter to the court which I take to be a motion for reconsideration and request for appointment of counsel.  The letter/motion does not address the grounds upon which his petition was dismissed.  Accordingly, his request for reconsideration and appointment of counsel must be denied.

SO ORDERED this   4th   day of August, 2006.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge