UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHNATHAN L. FRANKLIN,
a/k/a Jonathan L. Franklin,

    Plaintiff,

v.                                       Case No. 06-C-752

WILLIAM POLLARD,

    Defendant.

**ORDER**

This matter is again before me on the motion of the petitioner for reconsideration of my order summarily dismissing his petition for habeas corpus on the ground that it was not timely. As I stated in my original order, petitioner's appeal was denied by the Supreme Court in July of 1999. He filed his petition for federal relief on July 12, 2006. Given the one year limitation for filing petitions seeking federal habeas relief, I concluded that it plainly appeared from the petition that the petitioner was not entitled to relief in the district court. Neither his previous motion for reconsideration nor the present one convince me to alter the decision I initially made.

Accordingly, the motion for reconsideration is denied.

**SO ORDERED** this   8th   day of September, 2006.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge